## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| John Coleman Lane, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:19cv3109 UNA |
| Andrew M. Saul, | ) | |
| *Commissioner of Social Security* | ) | |
| *Administration* | | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

The above styled and numbered case was filed on November 15, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:19cv00200.

**IT IS FURTHER ORDERED** that cause number 4:19cv3109 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: November 18, 2019

By: /s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:19cv00200 ACL.**